Exhibit "A"

## AFFIDAVIT OF DUE DILIGENCE

**State of Texas**  **County of Western**

Case Number: 1:20-CV-771RP

Plaintiff:
**FOAD ASSOU**


CAN2020000384

vs.

Defendant:
**THE KENAN ADVANTAGE GROUP, INC., KENAN TRANSPORT, LLC, PETRO CHEMICAL TRANSPORT, LLC., and GHION TSEGA**

For:
Pronto Process
1406 W Salinas
San Antonio, TX 78207

Received by Pronto Process on the 14th day of August, 2020 at 2:28 pm to be served on **Ghion Tsega, 1808 Bent Oak Cove, Leander, Williamson County, TX 78641**.

I, Emmanuel Morales, being duly sworn, depose and say that on the **17th day of August, 2020 at 4:57 pm**, I:

**NON-SERVED** the **Summons and Plaintiff's Original Complaint; Jury Demanded**. After due search, careful inquiry and diligent attempts was unable to serve on **Ghion Tsega** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
8/15/2020  12:05 pm  Attempted service at 1808 Bent Oak Cove, Leander, TX  78641, vehicle in driveway Jsk 6827, spoke with female said not home left my calling card to contact me
8/15/2020  12:16 pm  I received call phone number 512-733-3342 said is not available working out of town. asked me what it was regarding thanks, it was a document to be delivered personally stated don't know when he'll be available
8/15/2020  12:40 pm  Attempted service at 1808 Bent Oak Cove, Leander, TX  78641, received call from tsega stated what is it Regarding why am I calling him. Explained again I have a document to deliver. asked what it was regarding I explained what it was and mentioned I needed to deliver personally he then hung up the phone. I called him back he stated stop calling me this is harassment yelling and hung up the phone. Avoiding service
8/17/2020  10:18 am  vehicle is registered to SOSINA ALEMAYEHU who lives at 1808 Bent Oak Cove, Leander
8/17/2020  10:40 am  Attempted service at 1808 Bent Oak Cove, Leander, TX  78641 no vehicles in drive . I knocked on door.  No asnwer.  I left my calling card to contact me.

Exhibit "A"

## AFFIDAVIT OF DUE DILIGENCE For 1:20-CV-771RP

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 18th day of August, 2020 by the affiant who is personally known to me.

_Katherine A. Mitchell_
NOTARY PUBLIC

KATHERINE A. MITCHELL
Notary Public, State of Texas
Comm. Expires 10-10-2022
Notary ID 131755992

**Emmanuel Morales**
PSC # 10708 Exp. 12/31/2021

Pronto Process
1406 W Salinas
San Antonio, TX 78207
(210) 226-7192

Our Job Serial Number: CAN-2020000384
Ref: 20-7026

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c